**Order entered June 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01353-CV

**GQ ENTERPRISES CORPORATION, Appellant**

**V.**

**INAYATALI RAJANI AND THE RAJANI GROUP, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-05188**

## ORDER

Appellees' motion for leave to withdraw as counsel for Inayatali Rajani and the Rajani Group is **GRANTED**.

We **DIRECT** the Clerk to remove John H. Carney and Bernard E. Zwillenberg as counsel of record for appellees.

/s/     MICHAEL J. O'NEILL
          JUSTICE